IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-1200 |
| | ) JUDGE GARY L. LANCASTER |
| JOHN E. POTTER, Postmaster General, U.S. Postal Service, | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this _7th_ day of _Nov_____, 2005, on consideration of Defendant's Motion To Compel Plaintiff To Execute Tax And Medical Authorizations, and any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Plaintiff shall sign and date the attached tax information authorization (requesting records from 1999 to the present) and the attached authorization to release medical information, and provide them to counsel for defendant within seven (7) days of the date of this Order. If plaintiff fails to execute the authorizations and provide them to counsel for defendant within this time period, defendant may request further relief from this Court, including dismissal of this action with prejudice.

_____, J.

cc:     All parties of record