IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1200 |
| | ) JUDGE GARY L. LANCASTER |
| JOHN E. POTTER, Postmaster | ) |
| General, U.S. Postal Service, | ) Electronically Filed |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this _____ day of _____, 2005, on consideration of Defendant's Motion for Sanctions to Preclude Plaintiff from Supporting Claims for Damages Related to Lost or Future Income, and any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Plaintiff is hereby precluded from supporting her claims for damages related to lost or future income, and is prohibited from introducing or using any evidence, testimonial or otherwise, or making any references to such matters.

IT IS FURTHER ORDERED that Defendant shall provide a bill of costs detailing the reasonable expenses, including attorney's fees, incurred in bringing this motion within ten (10) days from the date of this Order.

_____, J.

cc:   All parties of record

AND NOW, THIS 13th DAY OF Dec 05, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE