IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-1200 ) JUDGE GARY L. LANCASTER |
| JOHN E. POTTER, Postmaster General, U.S. Postal Service, | ) ) Electronically Filed |
| Defendant. | ) ) ) |

**ORDER**

AND NOW, this 27th day of Jan, 2006, on consideration of Defendant's Motion To Compel Plaintiff To Attend Her Own Deposition, and any response thereto,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Plaintiff shall appear for her deposition at An Agreed upon Date ~~[redacted]~~ in the office of the United States Attorney's Office for the Western District of Pennsylvania, 700 Grant Street, Suite 4000, Pittsburgh, Pennsylvania 15219. If plaintiff fails to appear at her deposition as set forth above, defendant may request further relief from this Court, including dismissal of this action with prejudice.

~~[redacted]~~



_____, J.

cc:   All parties of record